Seymour Products Company, appellee, v. Wilson-Western Sporting Goods Company, appellant. Gen. No. 36,038.

Opinion filed March 29, 1933. Rehearing denied April 13, 1933.

James D. Cooney, Paul Ware and Thomas Freeman, Jr., for appellant. Jacobson, Merrick, Nierman & Silbert, for appellee; David Silbert and Joseph L. Herr, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Julius B. Ginsberg, appellee, v. Benjamin I. Morris and David Labowitch, appellants. Gen. No. 36,056.

Opinion filed March 29, 1933.

Benjamin I. Morris, for appellants. Henry H. Koven, for appellee; Henry W. Kenoe, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Lionel A. Sherwin, plaintiff in error.

In re Commitment of Lionel A. Sherwin, plaintiff in error, for direct contempt of court in the case of Chicago Title & Trust Co., Trustee, v. Sam Rubin et al., Circuit Court of Cook County, No. B224973. Gen. No. 36,231.

Opinion filed April 10, 1933. Rehearing denied April 24, 1933.

Charles A. Williams, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson and Grenville Beardsley, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Hattie Jones, alias Johnson, plaintiff in error. Gen. No. 36,399.

Opinion filed April 10, 1933.

Samuel A. Aronfeld and Eugene McCaffrey, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Otho S. Fasig and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.